

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2015

No. 04-15-00491-CR

Ex Parte Jessica **CASTILLO**,
Appellant

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 475264
Honorable Jason Garrahan, Judge Presiding

# O R D E R

On August 3, 2015, appellant filed her notice of appeal. On September 29, 2015, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide **written proof to this court within ten (10) days of the date of this order** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, **appellant's brief will be due within thirty (30) days** from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2015.

_____
Keith E. Hottle
Clerk of Court